Victor ROSS, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2011–7025.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Matthew J. Dowd, Wiley Rein LLP, of Washington, DC, argued for the claimant-appellant. With him on the brief were Robert J. Scheffel and Adrienne Johnson.

Renee A. Gerber, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director. Of counsel on the brief was Jonathan Taylor, Attorney, United States Department of Veterans Affairs, of Washington, DC.

LINN, DYK, and PROST, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**